## 10846. WOODS v. THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds. There was some slight evidence which authorized the verdict, and the court did not err in refusing to grant a new trial.

                 *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

                     DECIDED NOVEMBER 4, 1919.

Indictment for manufacture of intoxicating liquor; from Talbot superior court—Judge Howard. July 19, 1919.

*J. H. McGehee, J. A. Smith,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.

---

## 10851. ADAMS v. THE STATE.

LUKE, J. This case is here upon the sole assignment of error that the evidence does not authorize the verdict. The State made a case by the witnesses offered to prove the crime. The defendant by his witness and statement contradicted the evidence offered by the State. The jury believed the witnesses for the State and convicted the defendant. The trial judge has approved the verdict. The judgment overruling the motion for a new trial must be

                 *Affirmed. Broyles, C. J., and Bloodworth, J., concur.* .

           -    DECIDED NOVEMBER 4, 1919.

Indictment for manufacture of intoxicating liquor; from Harris superior court—Judge Howard. July 17, 1919.

*Henry C. Cameron,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.